2015-1792 (La. 9/16/16)

**STATE of Louisiana**

v.

**Richard LAY**

**NO. 2015-KO-1792**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Washington, 22nd Judi-

cial District Court Div. H, No. 11 CR5 112033; to the Court of Appeal, First Circuit, No. 2015 KA 0086

Denied.

WEIMER, J., recused.